# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 23-178 |
| | : | |
| TURAN AMES | : | |
| | : | |

## ORDER

**AND NOW**, this **28th day of August 2023,** upon consideration of Defendant Turan Ames' Motion to Dismiss Indictment (ECF No. 19) and the Government's Response in Opposition (ECF No. 21), for the reasons stated in the accompanying Memorandum, it is **hereby ORDERED** that Defendant's Motion (ECF No. 19) is **DENIED**.

**BY THE COURT:**

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**